

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00403-CV

| | | |
|---|---|---|
| SHARLENE BAKER, Appellant | § | On Appeal from County Court at Law No. 3 |
| | § | of Tarrant County (2021-005391-3) |
| V. | § | August 22, 2024 |
| FERRIER BUILDERS, INC., Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Sharlene Baker must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr